| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF _____ | | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: BERGSTEIN<br>FF/INDEX #:<br>DATE FILED: 7/19/07<br>DOCKET #:<br>CASE NO. 07 CIV. 6524<br>BRIEANT |

ANTHONY L. REYES

Plaintiff(s)/Petitioners(s)

- AGAINST -

JOHN DOE AND JOHN ROE, SUED IN THEIR INDIVIDUAL CAPACITIES

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 7/27/07 at 3:45 PM at CITY HALL
83 BROADWAY, NEWBURGH, NEW YORK 12550

deponent served the within SUMMONS & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON, JUDGE'S PRACTICES & PROCEDURES FOR ELECTRONIC FILING

on CLERK, CITY OF NEWBURGH therein named

**CORPORATION** ☑ By delivering to and leaving with LORENE VITEK so served to be the CITY CLERK and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, AUBURN HAIR, 35-45 YRS., 5'5"-5'7", 140-150 LBS.

Other identifying features:

GLASSES

Sworn to before me on: JULY 31, 2007

*/s/ Joseph Sherlock*
JOSEPH SHERLOCK

*/s/ JoAnn Johnson*
JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958