| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF _____ | ATTORNEY: BERGSTEIN |
| ANTHONY L. REYES | FF/INDEX #: 07 CIV. 6524 |
| | DATE FILED: |
| | DOCKET #: |

Plaintiff(s)/Petitioners(s)

- AGAINST -

THOMAS REYNOLDS AND RICHARD HAMMER, SUED IN THEIR INDIVIDUAL CAPACITY

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 10/11/07 at 11:50 AM at CITY OF NEWBURGH POLICE DEPARTMENT
55 BROADWAY, NEWBURGH, NY 12550

deponent served the within AMENDED SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE BRIEANT & PROCEDURES FOR ELECTRONIC CASE FILING

on THOMAS REYNOLDS, sued in his individual capacity                                           therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with SGT. P. SALADINO, SUPERVISOR
a person of suitable age and discretion, the said premises being the defendants - respondents

☐ dwelling place   ☑ place of business   ☐ last known address   within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**  Deponent describes the individual served as follows:

MALE   WHITE SKIN   BLACK HAIR   33-43 YEARS   5'5"-5'8"   150-160 LBS

Other identifying features:

MUSTACHE

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 10/12/07
☐ at his last known residence   ☑ at his place of business   ☐ at his last known address
Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 10/12/07

_____   _____   _____
JOHN GOULD                   JOANN JOHNSON                JOSEPH SHERLOCK
NOTARY PUBLIC, STATE OF NEW YORK   NOTARY PUBLIC, STATE OF NEW YORK   KATHLEEN GOULD
QUALIFIED IN ORANGE COUNTY   QUALIFIED IN ORANGE COUNTY   NOTARY PUBLIC, STATE OF NEW YORK
COMMISION EXPIRES JULY 15, 20__   COMMISION EXPIRES AUGUST 15, 20_/_0   QUALIFIED IN ORANGE COUNTY
01G05013764                  01J05031856                  COMMISION EXPIRES NOVEMBER 30, 20__
                                                          4632958