# McCABE & MACK LLP

ATTORNEYS AT LAW
63 WASHINGTON STREET
POST OFFICE BOX 509
POUGHKEEPSIE, NY 12602-0509

TELEPHONE (845) 486-6800
FAX (845) 486-7621
E-MAIL info@mccm.com
Visit us on the World Wide Web at
http://www.mccm.com

J. JOSEPH McGOWAN
DAVID L. POSNER
ELLEN L. BAKER
SCOTT D. BERGIN
RICHARD R. DuVALL
LANCE PORTMAN
RICHARD J. OLSON
MATTHEW V. MIRABILE
CHRISTINA M. BOOKLESS
KIMBERLY HUNT LEE
KAREN FOLSTER LESPERANCE
REBECCA M. BLAHUT
JODIE M. HANRAHAN
MICHELLE ALMEIDA
IAN C. LINDARS
SEAN M. KEMP
NOELLE M. PECORA

COUNSEL

PHILLIP SHATZ
MICHAEL A. HAYES, JR.
HAROLD L. MANGOLD
ALBERT M. ROSENBLATT
JESSICA L. VINALL

JOHN E. MACK
(1874-1958)

JOSEPH A. McCABE
(1890-1973)

EDWARD J. MACK
(1910-1996)

JOSEPH C. McCABE
(1925-1981)

JAY P. ROLISON, JR.
(1929-2007)

DIRECT TELEPHONE: (845) 486-6874
E-MAIL: Dposner@mccm.com

November 14, 2007

**Via Fax - (914) 390-4085** (590)
Hon. Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:  Reyes v. City of Newburgh
     07 CV 6524 (CLB)
     Our File No. 7969-0047

Dear Judge Brieant:

As the Court is aware, an initial conference is scheduled for Friday, November 16, 2007 at 9:00 a.m. before Your Honor.

As I am out of the office this week, this letter is being sent in my absence requesting and adjournment of same. Upon consent of plaintiff's counsel, I would request the conference scheduled for Friday be adjourned until **Friday, December 14, 2007 at 9:00 a.m.**

I thank the Court for its courtesies in this matter and look forward to hearing from you.

Very truly yours,

McCABE & MACK LLP

*[signature]*

DAVID L. POSNER

DLP/kag
cc:  Bergstein & Ullrich, LLP - Via Fax - (845) 469-5904

*[Handwritten endorsement: "Memo Endorsed / Application Granted / So Ordered / Nov. 15, 2007 / Charles L. Brieant, USDJ"]*