# McCABE & MACK LLP

ATTORNEYS AT LAW
63 WASHINGTON STREET
POST OFFICE BOX 509
POUGHKEEPSIE, NY 12602-0509

TELEPHONE (845) 486-6800
FAX (845) 486-7621
E-MAIL info@mccm.com
Visit us on the World Wide Web at
http://www.mccm.com

J. JOSEPH McGOWAN
DAVID L. POSNER
ELLEN L. BAKER
SCOTT O. BERGIN
RICHARD R. DuVALL
LANCE PORTMAN
RICHARD J. OLSON
MATTHEW V. MIRABILE
CHRISTINA M. BOOKLESS
KIMBERLY HUNT LEE
KAREN FOLSTER LESPERANCE
REBECCA M. BLAHUT
JODIE M. HANRAHAN
MICHELLE ALMEIDA
IAN C. LINDARS
SEAN M. KEMP
NOELLE M. PECORA

COUNSEL

PHILLIP SHATZ
MICHAEL A. HAYES, JR.
HAROLD L. MANGOLD
ALBERT M. ROSENBLATT
JESSICA L. VINALL

JOHN E. MACK
(1874-1958)
JOSEPH A. McCABE
(1890-1973)
EDWARD J. MACK
(1910-1998)
JOSEPH C. McCABE
(1925-1981)
JAY P. ROLISON, JR
(1929-2007)

DIRECT TELEPHONE: (845) 486-6874
E-MAIL: Dposner@mccm.com

November 15, 2007

**Via Fax** – ✗ (845) 469-5904 & Regular Mail
Stephen Bergstein, Esq.
Bergstein & Ullrich, LLP
15 Railroad Avenue
Chester, NY 10918

RE: Reyes v. City of Newburgh
    07 CV 6524 (CLB)
    Our File No. 7969-0047

Dear Mr. Bergstein:

Please be advised that we have received confirmation from the Court that our request for an adjournment of the initial conference scheduled for November 16, 2007 has been granted.

The conference has been rescheduled to *Friday, December 14, 2007 at 9:00 a.m.*

~~Should you have any questions, please do not hesitate to contact me.~~

Very truly yours,

McCABE & MACK LLP

DAVID L. POSNER

DLP/kag
cc: Hon. Charles L. Brieant – Via Fax ✓ (914) 390-4085
    #448
    #285