# McCABE & MACK LLP

ATTORNEYS AT LAW
63 WASHINGTON STREET
POST OFFICE BOX 509
POUGHKEEPSIE, NY 12602-0509

TELEPHONE (845) 486-6800
FAX (845) 486-7621
E-MAIL info@mccm.com
Visit us on the World Wide Web at
http://www.mccm.com

J. JOSEPH MCGOWAN
DAVID L. POSNER
ELLEN L. BAKER
SCOTT D. BERGIN
RICHARD R. DUVALL
LANCE PORTMAN
RICHARD J. OLSON
MATTHEW V. MIRABILE
CHRISTINA M. BOOKLESS
KIMBERLY HUNT LEE
KAREN FOLSTER LESPERANCE
REBECCA M. BLAHUT
JODIE M. HANRAHAN
MICHELLE ALMEIDA
IAN C. LINDARS
SEAN M. KEMP
NOELLE M. PECORA

COUNSEL
PHILLIP SHATZ
MICHAEL A. HAYES, JR.
HAROLD L. MANGOLD
ALBERT M. ROSENBLATT
JESSICA L. VINALL

JOHN E. MACK
(1874-1958)
JOSEPH A. MCCABE
(1890-1973)
EDWARD J. MACK
(1910-1998)
JOSEPH C. MCCABE
(1925-1981)

DIRECT TELEPHONE: (845) 486-6874
E-MAIL: dposner@mccm.com

May 13, 2008

Via Fax - (914) 390-4085
Hon. Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: Reyes v. City of Newburgh
07 CV 6524 (CLB)
Our File No. 7969-0047

**MEMO ENDORSED**

Application Granted. Discovery period is extended for an additional ninety (90) days. Mediation may be adjourned to a date agreed upon by the parties and the Mediator. The conference presently scheduled for June 6, 2008 is adjourned to September 19, 2008 at 9:00.

So Ordered
May 13, 2008
Charles L. Brieant
USDJ

Dear Judge Brieant:

I am writing after consulting with, and on the consent of plaintiff's counsel, to request a 90 day extension and an additional 90 days to complete discovery in this matter. We have agreed to go to mediation and in fact the mediation is scheduled for May 14, 2008, but we have not been able to get a complete discovery so the parties can mediate in a meaningful way.

Both parties are still desirous of attempting to resolve this matter through mediation and need additional time to do so. The current scheduling order calls for all discovery to be complete by June 6, 2008 and it is respectfully requested that be extended 90 days until September 5, 2008. If Your Honor extends the discovery schedule, we will notify the mediation office and it has assured us that an adjourned date will be provided.

Respectfully yours,

McCABE & MACK LLP

DAVID L. POSNER
DLP/dmf
cc: Helen Ullrich, Esq./Bergstein & Ullrich, LLP (Via Fax)